IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.06-30153 WDS |
| | ) | |
| CLINTON K. BOWERS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On motion of the United States of America, it is hereby ordered that the warrant issued in the above-referenced case be quashed and a summons be issued for the defendant's appearance.

DATE: November 14, 2006

s/ Clifford J. Proud
CLIFFORD J. PROUD
U.S. Magistrate Judge