IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. **06-30153-WDS** |
| ) | |
| **CLINTON K. BOWERS,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is Defendant's Motion to Travel and Modify Bond Conditions. **(Doc. 15)**. The Court heard argument on the motion during defendant's arraignment on November 28, 2006.

During argument, defendant clarified that the dates of his proposed trip are December 8, 2006, to December 10, 2006.

The government opposed the motion. For the reasons stated on the record during the hearing, the Court grants the motion.

Upon consideration and for good cause shown, Defendant's Motion to Travel and Modify Bond Conditions **(Doc. 15)** is **GRANTED**. Conditions Number 7(x) and Number 7(w) of the terms of Defendant's pre-trial release **(Doc. 5)** are modified as follows:

Defendant is permitted to travel to Olathe, Kansas, from December 8, 2006, to December 10, 2006, for the purpose of visiting family there.

During the period of December 8, 2006, to December 10, 2006, defendant shall be permitted to have contact with his minor grandchildren, provided that any such contact shall be supervised by defendant's daughter, Kimberly Ren. Defendant shall have no unsupervised contact with his grandchildren, and shall have no contact with any other

minor children.

**IT IS SO ORDERED.**

**DATED:   November 28, 2006.**

                                             **s/ Clifford J. Proud**
                                             **CLIFFORD J. PROUD**
                                             **UNITED STATES MAGISTRATE JUDGE**